IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>LEIGH KEMPER<br>502 MADISON OAKS DR<br>RINCON, GA 31326-9773<br><br>                  Debtor(s)<br><br>O. Byron Meredith III<br>                  Movant<br><br>WILMINGTON SAVINGS FUND SOCIETY<br>                  Respondant | Chapter 13 Case No. 18-40288-EJC |

## NOTICE OF OBJECTION TO CLAIM

Movant has objected to your claim filed in this bankruptcy case.

<u>Your claim may be reduced, modified or eliminated.</u>  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the objection, or if you wish the court to consider your views on the objection, you must file a written request for a hearing with Clerk of the Bankruptcy Court before the expiration of thirty (30) days from the date stated in the certificate of service.

If you mail your request for hearing to the Court, you must mail it early enough so that it will be receivied within the time referenced above.

Any request for a hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request for hearing is filed, you will receive a notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the objection to your claim.

*Claimant has been served with a copy of the objection and a copy of this notice, and if claimant is a U. S. government agency, the U. S. Attorney,  P.O. Box 8970, Savannah, GA 31412  (or P.O. Box 2017 Augusta, GA 30903), and the Attorney General in Washington, D.C. 20530 have also been served.*

Date:  <u>November 19, 2018</u>

s/ Jeff Narmore, Staff Attorney
_____

Jeff Narmore, Staff Attorney
Ga. Bar No. 412079
Office of the Chapter 13 Trustee
P.O. 10556
Savannah, GA 31412
(912) 234-5052

THE HILLIS LAW FIRM PC
By Electronic Noticing

Clerk
United States Bankruptcy Court
Southern District of Georgia
P.O. Box 8347
Savannah, GA 31412
Tel.  (912) 650-4100

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| LEIGH KEMPER ) | Case No. 18-40288-EJC |
| 502 MADISON OAKS DR ) | |
| RINCON, GA 31326-9773 ) | |
| ) | |
| Debtor(s) ) | |

**TRUSTEE'S OBJECTION TO CLAIM AFTER BAR DATE**

COMES NOW, O. Byron Meredith III, Chapter 13 Trustee in the above-referenced case, and objects to claim number <u>15</u> filed by <u>WILMINGTON SAVINGS FUND SOCIETY</u> in the amount of <u>$68,429.56</u>. The Trustee objects to the claim for the following reason:

1. The case was filed <u>March 01, 2018</u>.
2. The first date set for the meeting of creditors was <u>March 30, 2018</u>.
3. Pursuant to Fed. R. Bankr. P. 3002(c), the applicable claims bar date in this case was <u>May 10, 2018</u>.
4. The above-referenced claim was filed on <u>October 30, 2018</u>.

WHEREFORE, the Trustee prays that the claim be disallowed as untimely filed.

This the day <u>19</u> of <u>November</u>, <u>2018</u>.

<u>s/ Jeff Narmore, Staff Attorney</u>
Jeff Narmore, Staff Attorney
Ga. Bar No. 412079
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

**CERTIFICATE OF SERVICE**

I certify that copies of this objection and notice have been served upon the above-named debtor(s), the respondent/attorney and debtor's attorney and other parties in interest as listed below.  Unless otherwise noted below, service was made by first-class United States Mail, postage prepaid, this <u>19</u> day of <u>November</u>, <u>2018</u>.

<u>s/ Jeff Narmore, Staff Attorney</u>
Jeff Narmore, Staff Attorney
Ga. Bar No. 412079
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

THE HILLIS LAW FIRM PC
By Electronic Noticing

CAROLEE BERASI
ATTORNEY FOR CREDITOR
STERN & EISENBERG SOUTHERN, PC
2002 SUMMIT BOULEVARD, SUITE 300
ATLANTA, GA 30319

JOSHUA RYDEN
BY ELECTRONIC NOTICING

RANDY ERWIN BERLEW
BY ELECTRONIC NOTICING

LEIGH KEMPER
502 MADISON OAKS DR
RINCON, GA 31326-9773

ATTN: AGENT OR OFFICER
WILMINGTON SAVINGS FUND SOCIETY
NEW PENN FIN LLC D/B/A SHELLPOINT
MORTGAGE SERVICI
P O BOX 10826
GREENVILLE, SC  29603-0826