**IT IS ORDERED as set forth below:**



Date: January 4, 2019

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:  )
                                            )
                                            )  Chapter 13 Case No. 18-40288-EJC
LEIGH KEMPER                  )
502 MADISON OAKS DR     )
RINCON, GA 31326-9773    )
                                            )
          Debtor(s)                  )

ORDER ON OBJECTION TO CLAIM

The Chapter 13 Trustee's Objection to Claim number 00015 filed by WILMINGTON SAVINGS FUND SOCIETY in the amount of $68,429.56 having been considered and

( X )  After notice of opportunity for hearing and no response having been filed in opposition to the objection

(   )  after notice and hearing

(   )  after notice of opportunity for hearing and response having been filed indicating no opposition
        to the relief requested

IT IS HEREBY ORDERED that the

( X )  Claim is disallowed

(   )  Claim is allowed as

          (   )  general unsecured claim

          (   )  priority claim

          (   )  secured claim

          in the amount of $_____.

**[END OF DOCUMENT]**

Prepared by:
s/ Jeff Narmore, Staff Attorney
Jeff Narmore, Staff Attorney
Ga. Bar No. 412079
Office of the Chapter 13 Trustee
Post Office Box 10556
Savannah, GA 31412
(912) 234-5052